```
                                                            FILED
                                                      U.S. DISTRICT COURT
       IN THE UNITED STATES DISTRICT COURT              AUGUSTA DIV.

      FOR THE SOUTHERN DISTRICT OF GEORGIA '05 DEC 13 AM 8:22

                 AUGUSTA DIVISION            CLERK L. Flanders
                                                 SO. DIST. OF GA.
```

DAVID B. KITCHENS III,              )
                                    )
       Plaintiff,                   )
   v.                               )    CV 105-162
                                    )
LOGAN MARSHALL, Sheriff, et al.,    )
                                    )
       Defendants.                  )

---

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

---

Plaintiff has filed a complaint alleging violations of Title 42, United States Code, Section 1983. He is proceeding pro se and requested permission to proceed *in forma pauperis*. On September 27, 2005, the Court directed plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty (30) days and advised Plaintiff that all prisoners, even those proceeding *in forma pauperis*, must pay the filing fee of $250.00 in full. 28 U.S.C. § 1915(b)(1). The Court cautioned plaintiff that failure to respond would be an election to have this case voluntarily dismissed without prejudice. Plaintiff failed to respond.

Because the test for determining the appropriateness of dismissal is whether there is "a clear record of delay or willful contempt and a finding that lesser sanctions would not suffice," Goforth v. Owens, 766 F.2d 1533, 1535 (11th Cir. 1985), on November 2, 2005, the Court granted plaintiff ten (10) additional days to comply with the terms of the Court's September 27, 2005, Order. (See doc. no. 4). Once again, plaintiff was warned that his failure to comply in a timely fashion with the Court's Order would result in a

recommendation that his case be dismissed.

The time to respond has passed, and while Plaintiff has submitted a Trust Fund Account Statement, he has not submitted a Consent to Collection of Fees form. Because Plaintiff has not paid the filing fee or consented to the collection of the filing fee in installments, the Court finds that the imposition of monetary sanctions is not a feasible sanction. Therefore, pursuant to Local Rule 41.1(b) & (c), the Court **REPORTS** and **RECOMMENDS** that this case be **DISMISSED** without prejudice.

SO REPORTED and RECOMMENDED this 13th day of December, 2005, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE