IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 12 AM 8:30

CLERK _____
SO. DIST. OF GA.

DAVID B. KITCHENS III, )
)
    Plaintiff, )
v. ) CV 105-162
)
LOGAN MARSHALL, Sheriff, et al., )
)
    Defendants. )

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 12th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE